*E-Filed 5/7/10*

| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | CYNTHIA C. LIE |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA  95113 |
| 4 | Telephone:  (408) 291-7753 |
| 5 | Counsel for Defendant ROCHA-ORTIZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 10-00324 RS |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING |
| vs. | ) ) | |
| JOSE ROCHA-ORTIZ, | ) ) | |
| Defendants. | ) ) | |

## STIPULATION

The parties, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Tuesday, May 11, 2010, may be continued to Tuesday, May 18, 2010, at 10:00 a.m., in order to permit the parties to complete settlement negotiations.

Dated: May 7, 2010

                                                           s/_____
                                                           DAVID M. PAXTON
                                                           Special Assistant United States Attorney

Dated: May 6, 2010

                                                           s/_____
                                                           CYNTHIA C. LIE
                                                           Assistant Federal Public Defender

1   **[PROPOSED] ORDER**

2   Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

3   hearing currently set for Tuesday, May 11, 2010, shall be continued to Tuesday, May 18, 2010, at

4   10:00 a.m.

5   It is so ordered.

6

7   Dated: May _7_, 2010

8   _____
    HON. RICHARD SEEBORG
9   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation and [Proposed] Order Continuing
Hearing, CR 09-00360 JW                           2